MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA        )
                                )
                                )
            Plaintiff,          )
                                )
      Vs.                       )   Case No.  CR 04-36 Erie
                                )
                                )
 JOHN KIRKPATRICK               )
                                )
                                )
            Defendant.          )

**HEARING ON** Sentence

Before Judge   Sean J. McLaughlin

Christian A. Trabold                    Tim Lucas

Appear for Plaintiff                    Appear for Defendant

Hearing begun   9:00 a.m.               Hearing adjourned to _____

Hearing (concluded) C.A.V.  9:10 a.m.   Stenographer Ron Bench
                                        Clerk n/a

WITNESSES:

Defendant Sentenced
J & C to Follow