IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Criminal Action No. 04-36 Erie |
| JOHN KIRKPATRICK, | ) |
| Defendant. | ) |

## AMENDED JUDGMENT

AND NOW, this 30th day of August, 2005, IT IS HEREBY ORDERED that the Judgment entered on the docket on July 29, 2005 [Doc. No. 168], is amended as follows:

The defendant shall forfeit the defendant's interest in the following property to the United States:

(a) United States currency in an amount of at least $215,031.35, cash equivalents, and bank account balances;

(b) Real property including, without limitation:

(I) 19845 Hill Road, Hayfield Township, Crawford County, Pennsylvania, SW Intersection of 735 & 606; Assessor's Parcel # 28-05-008-70003.

IT IS FURTHER ORDERED that all other aspects of the original Judgment entered on the docket on July 29, 2005 shall remain in full force and effect.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record.
U.S. Marshal Service
Probation/Pretrial Services
United States Bureau of Prisons